

AO 93 (Rev. 12/09) Search and Seizure Warrant (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>420 West Queen Street, Apartment 7, Inglewood, California,<br>as further described in Attachment A-1 | )<br>)<br>) Case No. 2:18-MJ-1691<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Central__ District of __California__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A-1

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B
I further find that the affidavit establishes reasonable suspicion for a no-knock announce entry.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property. Such affidavit(s) or testimony are incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before __14 days from the date of its issuance__
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.  ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 6/28/18 5:02 p.m.    _____
                                            Judge's signature

City and state: Los Angeles, California    Hon. Charles F. Eick, U.S. Magistrate Judge
                                            *Printed name and title*

AUSA: Tom Rybarczyk x8452

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:18-MJ-1691 | 6-29-2018 | Marcia Bullard |

Inventory made in the presence of :
Scott Robbins, Tristany Wagner, and Jeff Hedrick.

Inventory of the property taken and name of any person(s) seized:
[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

See attachment.

### Certification  (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 7-30-2018

*Jordan Lovelace*
Executing officer's signature

Jordan Lovelace
Printed name and title

AUSA: Tom Rybarczyk x8452

## U.S. Postal Inspection Service -- Evidence Inventory Report (All Open w/o Final Disposition)

Evidence Seized at 420 West Queen Street, Apt 7, Inglewood, California, 90301     Date of Report 7/19/2018
Area Office: Pacific, Division: 523, Team: 0605, Domicile: All, Case Control #: 2632158, Evidence Status: , Evidence

| Domicile | Barcode# | Case Number | Case Agent | Property Type | Amount | Location | Status | Item Description | High Value | Date of Seizure | Seizure location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LONG BEACH CA DOMICILE | A01477828 | 2632158 | JORDAN E LOVELACE | Document/check | | Office | Active | Rental Car receipts | No | 6/29/2018 | 420 Queen |
| LONG BEACH CA DOMICILE | A01477829 | 2632158 | JORDAN E LOVELACE | Other | | Office | Active | Red Backpack containing camera, clothes, Glovers and personal items | No | 6/29/2018 | 420 Queen |
| USPIS Laboratory | A01477830 | 2632158 | JORDAN E LOVELACE | Communication Devices | | USPIS Laboratory | Active | iPhone | no | 6/29/2018 | 420 Queen |
| USPIS Laboratory | A01477831 | 2632158 | JORDAN E LOVELACE | Computer/Equipment | | USPIS Laboratory | Active | MacBook S/N C17T2A8DGTFS | no | 6/29/2018 | 420 Queen |
| LONG BEACH CA DOMICILE | A01477832 | 2632158 | JORDAN E LOVELACE | Mail | | Office | Active | Mail Matter | no | 6/29/2018 | 420 Queen |
| LONG BEACH CA DOMICILE | A01477833 | 2632158 | JORDAN E LOVELACE | Mail | | Office | Active | Misc. Mail Matter, Green DOT Card in name of Nichole Hedgeman | no | 6/29/2018 | 420 Queen |
| USPIS Laboratory | A01477834 | 2632158 | JORDAN E LOVELACE | Computer/Equipment | | USPIS Laboratory | Active | Dell laptop computer | no | 6/29/2018 | 420 Queen |
| USPIS Laboratory | A01477835 | 2632158 | JORDAN E LOVELACE | Communication Devices | | USPIS Laboratory | Active | iPhone | no | 6/29/2018 | 420 Queen |
| USPIS Laboratory | A01477836 | 2632158 | JORDAN E LOVELACE | Communication Devices | | USPIS Laboratory | Active | iPhone | no | 6/29/2018 | 420 Queen |
| USPIS Laboratory | A01477837 | 2632158 | JORDAN E LOVELACE | Computer/Equipment | | USPIS Laboratory | Active | Imac s/n C02ML8J4F8J2 | Yes | 6/29/2018 | 420 Queen |
| USPIS Laboratory | A01477838 | 2632158 | JORDAN E LOVELACE | Computer/Equipment | | USPIS Laboratory | Active | iPhone | No | 6/29/2018 | 420 Queen |
| LONG BEACH CA DOMICILE | A01477854 | 2632158 | JORDAN E LOVELACE | Cash or Bear Instrument | 10,000.00 | Other - Disposed | Active | 28- $100's, 4-$50's, 322-$20's, 30-$10's 52-$5's equal to $10,000 cash in a grocery bag seized pursuant to federal search warrant 2:18-MJ-1691. On June 29, 2018, Inspectors McCune and Cavanagh-McGowan deposited the seized funds with the Airport Station Post Office retail unit into AIC-275 Insp Ser Holding Account | Yes | 6/29/2018 | 420 Queen |
| USPIS Laboratory | A01477855 | 2632158 | JORDAN E LOVELACE | Computer/Equipment | | USPIS Laboratory | Active | LG Tablet MEID 009660032604731672 | No | 6/29/2018 | 420 Queen |
| LONG BEACH CA DOMICILE | A01477856 | 2632158 | JORDAN E LOVELACE | Individual Property Items | | Other - Temporary Transfer to Other Agency | Temporary Transfer to Another Agency | Passport | No | 6/29/2018 | 420 Queen |
| LONG BEACH CA DOMICILE | A01477866 | 2632158 | JORDAN E LOVELACE | Mail | | Office | Active | Mail addressed to Crosby | No | 6/29/2018 | 420 Queen |
| LONG BEACH CA DOMICILE | A01477868 | 2632158 | JORDAN E LOVELACE | Mail | | Office | Active | Misc. Mail matter, bank statments | No | 6/29/2018 | 420 Queen |
| **Final Total:** | | 16 | | | | | | | | | |